IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01105-LTB-BNB

AMICORP INCORPORATED,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Notice of Satisfaction of Judgment** [docket no. 29, filed October 15, 2007] and the **Notice of Cancellation of Subpoena to Jeffrey Knight** [docket no. 30, filed October 15, 2007],

      IT IS ORDERED that the **Defendant's Motion for Protective Order to Stay Deposition of Jeffrey Knight Pending This Court's Ruling on Defendant's Motion to Stay Pending Appeal** is DENIED AS MOOT.

DATED: October 24, 2007