IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01105-LTB

AMICORP, INC.,

 Plaintiff-Claimant,

v.

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION,

 Defendant-Respondent.
_____

## ORDER
_____

 This arbitration confirmation case is before me on Defendant, General Steel Domestic Sales, LLC, d/b/a General Steel Corporation's, Motion for Stay Pending Appeal [**Docket # 23**] and Motion for Supersedeas Bond [**Docket # 25**]. On October 15, 2007, Defendant voluntarily paid Plaintiff the full amount of the judgment and Plaintiff filed a Notice of Satisfaction of Judgment [**Docket # 29**].

 Accordingly, IT IS ORDERED that Defendant's Motion for Stay Pending Appeal [**Docket # 23**] and Motion for Supersedeas Bond [**Docket # 25**] are DENIED AS MOOT.

Dated: May   29  , 2008.

             BY THE COURT:

               s/Lewis T. Babcock
             LEWIS T. BABCOCK, JUDGE